William L. Hames, WSBA #12193
Hames, Anderson, Whitlow & O'Leary, P.S.
601 W. Kennewick Avenue
P.O. Box 5498
Kennewick, WA 99336-0498
(509)586-7797 (509)586-3674 fax
BillH@hawlaw.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

In re:

ALEXANDER ORTOLANO,

Debtor.

Case No.: 16-00843

DECLARATION AMENDING SCHEDULES A/B AND C

I, Alexander Ortolano, am the debtor in the above-captioned proceeding and have personal knowledge of the facts contained in this declaration.

I hereby amend Schedules A/B and C in the above referenced bankruptcy by including property that was awarded to me in my Dissolution of Marriage and claiming exemptions of the same. The exemptions previously listed in my schedules and the new exemptions are under the Revised Code of Washington and not the federal rules. Attached hereto and by this reference made a part hereof are the amendments.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 21st day of August 2018.

ALEXANDER ORTOLANO

DECLARATION AMENDING
SCHEDULES A/B AND C - 1

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509)586-7797 / (509)586-3674 fax

# Fill in this information to identify your case and this filing:

Debtor 1: **Alexander Ortolano**
First Name  Middle Name  Last Name

Debtor 2:
(Spouse, if filing)  First Name  Middle Name  Last Name

United States Bankruptcy Court for the: **EASTERN DISTRICT OF WASHINGTON**

Case number **16-00843**

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

1.1
**250 Meadow Ridge Loop**
Street address, if available, or other description

**Richland**  **WA**  **99352-0000**
City  State  ZIP Code

**Benton**
County

What is the property? Check all that apply
■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$537,000.00**
Current value of the portion you own? **$268,500.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

■ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................=>  **$268,500.00**

### Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

Debtor 1  Alexander Ortolano                                    Case number (if known) 16-00843

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

3.1 Make: Nissan
    Model: LEAF
    Year: 2011
    Approximate mileage: 24,442
    Other information:
    In debtor's possession

    Who has an interest in the property? Check one
    ■ Debtor 1 only
    ☐ Debtor 2 only
    ☐ Debtor 1 and Debtor 2 only
    ☐ At least one of the debtors and another

    ☐ Check if this is community property
    (see instructions)

    Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

    Current value of the entire property?    Current value of the portion you own?
    $2,950.00                                $2,950.00

4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..................................................=>   $2,950.00

**Part 3:** Describe Your Personal and Household Items
Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own? Do not deduct secured claims or exemptions.

6. Household goods and furnishings
   Examples: Major appliances, furniture, linens, china, kitchenware
   ■ No
   ☐ Yes. Describe.....

7. Electronics
   Examples: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   Cell Phone
   Misc.
   In debtor's possession                                                                             $200.00

8. Collectibles of value
   Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. Equipment for sports and hobbies
   Examples: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. Firearms
    Examples: Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

Debtor 1 Alexander Ortolano  Case number (if known) 16-00843

## 11. Clothes
Examples: Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

| Clothes<br>In debtor's possession | $100.00 |

## 12. Jewelry
Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
■ No
☐ Yes. Describe.....

## 13. Non-farm animals
Examples: Dogs, cats, birds, horses
■ No
☐ Yes. Describe.....

## 14. Any other personal and household items you did not already list, including any health aids you did not list
■ No
☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................. **$300.00**

### Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own? Do not deduct secured claims or exemptions.

## 16. Cash
Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
■ No
☐ Yes..................

## 17. Deposits of money
Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes.....................

Institution name:

| | | |
|---|---|---|
| 17.1. | Community First Bank, Acct. ending 6992 - Closed | $0.00 |
| 17.2. | Community First Bank, Acct. ending 1469 - Closed | $0.00 |
| 17.3. | Community First Bank, Acct. ending 8429 - Closed | $0.00 |
| 17.4. | Alexander Capitol - Closed | $0.00 |
| 17.5. | Chase 7053 W post-separation | $132.00 |

| | | |
|---|---|---:|
| 17.6. | Wells Fargo Acct. ending 5350 | $124.98 |
| 17.7. | Wells Fargo Acct. ending 7772 | $105.42 |
| 17.8. | Gesa Community Credit Union Acct. ending 1000 | $0.00 |
| 17.9. | Key Bank Acct. ending 1328 wife | $181.00 |
| 17.10. | Key Bank Acct. ending 1020 wife | $491.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☐ No
    ■ Yes.................        Institution or issuer name:

| | |
|---|---:|
| RossGoldberg Canadian shares | $0.00 |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes. Give specific information about them...................
    Name of entity:                                           % of ownership:

| Name of entity | % of ownership | |
|---|---:|---:|
| Interest in Arbor Healthcare for Woman LLC | % | $0.00 |
| Arbor Healthcare for Women | 100 % | $0.00 |
| Ideal Protein | 100 % | $0.00 |
| Roky Operating LLC | % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
              Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
              Type of account:        Institution name:

| Type of account | Institution name | |
|---|---|---:|
| 401(k) | 401k | $60,000.00 |
| | Vanguard Voyager 9187 | $1,397.00 |

| | | |
|---|---|---:|
| IRA | Simple IRA in name of Alex 3989 | $24,762.69 |
| IRA | Wells Faro IRA 0684 | $13,368.00 |
| IRA | Wells Faro IRA 1431 | $9,043.50 |
| IRA | Wells Faro IRA 1706 | $23,317.00 |
| IRA | Wells Faro IRA 3813 | $8,574.00 |
| IRA | Wells Faro IRA 9538 | $2,373.00 |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. ...................          Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes.............   Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes.............   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property** (other than anything listed in line 1), and rights or powers exercisable for your benefit
■ No
☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes. Give specific information about them...

**Money or property owed to you?**                                          Current value of the portion you own? Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
☐ No
■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | |
|---|---:|
| Anticipated tax return | $0.00 |

### 29. Family support
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

### 30. Other amounts someone owes you
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ■ No
- ☐ Yes. Give specific information..

### 31. Interests in insurance policies
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ☐ No
- ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| USAA Whole Life Policy 1626 | | $78,086.00 |
| USAA Whole Life Policy 3713 | | $5,181.00 |
| USAA Term Life Policy 7339 | | $0.00 |

### 32. Any interest in property that is due you from someone who has died
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ■ No
- ☐ Yes. Give specific information..

### 33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ■ No
- ☐ Yes. Describe each claim.........

### 34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims
- ■ No
- ☐ Yes. Describe each claim.........

### 35. Any financial assets you did not already list
- ☐ No
- ■ Yes. Give specific information..

| | |
|---|---|
| Funds moved out of country CFB 8429 | $0.00 |
| Funds moved out of country CFB 1469 | $0.00 |
| Funds moved out of country CFB 6692 | $0.00 |
| Roky Caldera Gold Investors LLC 2016 .434783% | $0.00 |
| KKR Financial Holdings LLC | $0.00 |

| | |
|---|---|
| HL Sinclair LLC/Chase 2160 & 1320 | $1,773.50 |
| Mutton L&T LLC - dissolved, no value | $0.00 |

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here............ **$228,910.09**

### Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?
    - ■ No. Go to Part 6.
    - ☐ Yes. Go to line 38.

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
    - ■ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
    *Examples:* Season tickets, country club membership
    - ■ No
    - ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here ................ **$0.00**

### Part 8: List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. Part 1: Total real estate, line 2 | | | $268,500.00 |
| 56. Part 2: Total vehicles, line 5 | $2,950.00 | | |
| 57. Part 3: Total personal and household items, line 15 | $300.00 | | |
| 58. Part 4: Total financial assets, line 36 | $228,910.09 | | |
| 59. Part 5: Total business-related property, line 45 | $0.00 | | |
| 60. Part 6: Total farm- and fishing-related property, line 52 | $0.00 | | |
| 61. Part 7: Total other property not listed, line 54 | + $0.00 | | |
| 62. Total personal property. Add lines 56 through 61... | $232,160.09 | Copy personal property total | $232,160.09 |
| 63. Total of all property on Schedule A/B. Add line 55 + line 62 | | | $500,660.09 |

# Fill in this information to identify your case:

Debtor 1: Alexander Ortolano
Debtor 2 (Spouse if, filing):
United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON
Case number (if known): 16-00843

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption.) | Specific laws that allow exemption |
|---|---|---|---|
| 250 Meadow Ridge Loop Richland, WA 99352 Benton County<br>Line from Schedule A/B: 1.1 | $268,500.00 | ■ $125,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code §§ 6.13.010, 6.13.020, 6.13.030 |
| 2011 Nissan LEAF 24,442 miles<br>In debtor's possession<br>Line from Schedule A/B: 3.1 | $2,950.00 | ■ $1,715.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(c)(iii) |
| Cell Phone<br>Misc.<br>In debtor's possession<br>Line from Schedule A/B: 7.1 | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(c)(i) |
| Clothes<br>In debtor's possession<br>Line from Schedule A/B: 11.1 | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(a) |
| Community First Bank, Acct. ending 6992 - Closed<br>Line from Schedule A/B: 17.1 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(c)(ii) |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Community First Bank, Acct. ending 1469 - Closed<br>Line from Schedule A/B: 17.2 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(c)(ii) |
| Community First Bank, Acct. ending 8429 - Closed<br>Line from Schedule A/B: 17.3 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(c)(ii) |
| Alexander Capitol - Closed<br>Line from Schedule A/B: 17.4 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(c)(ii) |
| Chase 7053 W post-separation<br>Line from Schedule A/B: 17.5 | $132.00 | ■ $132.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(c)(ii) |
| Wells Fargo Acct. ending 5350<br>Line from Schedule A/B: 17.6 | $124.98 | ■ $124.98<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(c)(ii) |
| Wells Fargo Acct. ending 7772<br>Line from Schedule A/B: 17.7 | $105.42 | ■ $105.42<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(c)(ii) |
| Gesa Community Credit Union Acct. ending 1000<br>Line from Schedule A/B: 17.8 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(c)(ii) |
| Key Bank Acct. ending 1328 wife<br>Line from Schedule A/B: 17.9 | $181.00 | ■ $181.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(c)(ii) |
| Key Bank Acct. ending 1020 wife<br>Line from Schedule A/B: 17.10 | $491.00 | ■ $491.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(c)(ii) |
| RossGoldberg Canadian shares<br>Line from Schedule A/B: 18.1 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(c)(ii) |
| Interest in Arbor Healthcare for Woman LLC<br>Line from Schedule A/B: 19.1 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(c)(ii) |
| Arbor Healthcare for Women 100 % ownership<br>Line from Schedule A/B: 19.2 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(c)(ii) |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | | Specific laws that allow exemption |
|---|---|---|---|---|
| Ideal Protein<br>100 % ownership<br>Line from Schedule A/B: 19.3 | $0.00 | ■ | $0.00 | Wash. Rev. Code § 6.15.010(1)(c)(ii) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Roky Operating LLC<br>Line from Schedule A/B: 19.4 | $0.00 | ■ | $0.00 | Wash. Rev. Code § 6.15.010(1)(c)(ii) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| 401(k): 401k<br>Line from Schedule A/B: 21.1 | $60,000.00 | ■ | $60,000.00 | Wash. Rev. Code § 6.15.020(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Vanguard Voyager 9187<br>Line from Schedule A/B: 21.2 | $1,397.00 | ■ | $1,397.00 | Wash. Rev. Code § 6.15.020(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| IRA: Simple IRA in name of Alex 3989<br>Line from Schedule A/B: 21.3 | $24,762.69 | ■ | $24,762.69 | Wash. Rev. Code § 6.15.020(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| IRA: Wells Faro IRA 0684<br>Line from Schedule A/B: 21.4 | $13,368.00 | ■ | $13,368.00 | Wash. Rev. Code § 6.15.020(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| IRA: Wells Faro IRA 1431<br>Line from Schedule A/B: 21.5 | $9,043.50 | ■ | $9,043.50 | Wash. Rev. Code § 6.15.020(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| IRA: Wells Faro IRA 1706<br>Line from Schedule A/B: 21.6 | $23,317.00 | ■ | $23,317.00 | Wash. Rev. Code § 6.15.020(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| IRA: Wells Faro IRA 3813<br>Line from Schedule A/B: 21.7 | $8,574.00 | ■ | $8,574.00 | Wash. Rev. Code § 6.15.020(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| IRA: Wells Faro IRA 9538<br>Line from Schedule A/B: 21.8 | $2,373.00 | ■ | $2,373.00 | Wash. Rev. Code § 6.15.020(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| USAA Whole Life Policy 1626<br>Line from Schedule A/B: 31.1 | $78,086.00 | ■ | $78,086.00 | Wash. Rev. Code § 48.18.410 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| USAA Whole Life Policy 3713<br>Line from Schedule A/B: 31.2 | $5,181.00 | ■ | $5,181.00 | Wash. Rev. Code § 48.18.410 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

| Debtor 1 | Alexander Ortolano | | | Case number (if known) | 16-00843 |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| USAA Term Life Policy 7339<br>Line from Schedule A/B: 31.3 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 48.18.410 |
| Funds moved out of country CFB 8429<br>Line from Schedule A/B: 35.1 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(c)(ii) |
| Funds moved out of country CFB 1469<br>Line from Schedule A/B: 35.2 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(c)(ii) |
| Funds moved out of country CFB 6692<br>Line from Schedule A/B: 35.3 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(c)(ii) |
| Roky Caldera Gold Investors LLC 2016 .434783%<br>Line from Schedule A/B: 35.4 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(c)(ii) |
| KKR Financial Holdings LLC<br>Line from Schedule A/B: 35.5 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(c)(ii) |
| HL Sinclair LLC/Chase 2160 & 1320<br>Line from Schedule A/B: 35.6 | $1,773.50 | ■ $1,773.50<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.020(3) |
| Mutton L&T LLC - dissolved, no value<br>Line from Schedule A/B: 35.7 | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Wash. Rev. Code § 6.15.010(1)(c)(ii) |

3. Are you claiming a homestead exemption of more than $155,675?
(Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
    ☐ No
    ☐ Yes

Official Form 106C     Schedule C: The Property You Claim as Exempt     page 4 of 4
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

16-00843-FLK7    Doc 99    Filed 08/23/18    Entered 08/23/18 10:34:13    Pg 12 of 12