William L. Hames, WSBA #12193
Hames, Anderson, Whitlow & O'Leary, P.S.
601 W. Kennewick Avenue
P.O. Box 5498
Kennewick, WA 99336-0498
(509) 586-7797 / Fax (509) 586-3674
BillH@hawlaw.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

In re: ) Case No. 16-00843
)
ALEXANDER ORTOLANO, ) NOTICE OF AMENDMENT OF
) EXEMPTIONS
Debtor. )

TO: JOHN D. MUNDING
CHAPTER 7 TRUSTEE

AND TO: JAMES D. PERKINS
US TRUSTEE

ALL PARTIES OF INTEREST

PLEASE TAKE NOTICE that the debtor has amended Schedule C – Property Claimed as Exempt as follows:

**From:**

| Property | Law | Exemption |
|---|---|---|
| 250 Meadow Ridge Loop, Richland, WA (1/2 interest) | n/a | None Claimed |
| 2011 Nissan Leaf | 11 U.S.C. § 522(d)(2) | 1,715.00 |
| Cell Phone, Misc. | 11 U.S.C § 522(d)(3) | 200.00 |
| Clothes | 11 U.S.C. § 522(d)(3) | |
| Community First Bank, Acct. ending 6992 (closed) (1/2 interest) | n/a | None Claimed |
| Community First Bank, Acct. ending | n/a | None Claimed |

NOTICE OF AMENDMENT
OF EXEMPTIONS - 1

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509)586-7797 / Fax (509)586-3674

16-00843-FLK7   Doc 100   Filed 08/23/18   Entered 08/23/18 10:35:26   Pg 1 of 5

| # | Asset | | Exemption |
|---|---|---|---|
| 1 | 1469 (closed) (1/2 interest) | | |
| 2 | Community First Bank, Acct. ending 7429 (closed) (1/2 interest) | n/a | None Claimed |
| 3 | | | |
| 4 | Alexander Capitol – closed (1/2 interest) | n/a | None Claimed |
| 5 | Chase 7053 W post-separation (1/2 interest) | n/a | None Claimed |
| 6 | Wells Fargo Acct. ending 5350 (1/2 interest) | n/a | None Claimed |
| 7 | Wells Fargo Acct. ending 7772 (1/2 interest) | n/a | None Claimed |
| 8 | Gesa Community Credit Union Acct. ending 1000 (1/2 interest) | n/a | None Claimed |
| 9 | | | |
| 10 | Key Bank Acct. ending 1328 wife (1/2 interest) | n/a | None Claimed |
| 11 | Key Bank Acct. ending 1020 wife (1/2 interest) | n/a | None Claimed |
| 12 | RossGoldberg Canadian Shares (1/2 interest) | n/a | None Claimed |
| 13 | Arbor Healthcare for Women (100%) (1/2 interest) | n/a | None Claimed |
| 14 | | | |
| 15 | Ideal Protein (100%) (1/2 interest) | n/a | None Claimed |
| 16 | Roky Operating LLC (1/2 interest) | n/a | None Claimed |
| 17 | Vanguard Voyager 9187 (1/2 interest) | n/a | None Claimed |
| | Simple IRA in name of Alex 3989 (1/2 interest) | n/a | None Claimed |
| 18 | Wells Fargo IRA 0684 (1/2 interest) | n/a | None Claimed |
| 19 | Wells Fargo IRA 1431 (1/2 interest) | n/a | None Claimed |
| 20 | Wells Fargo IRA 1706 (1/2 interest) | n/a | None Claimed |
| | Wells Fargo IRA 3813 (1/2 interest) | n/a | None Claimed |
| 21 | Wells Fargo IRA 9538 (1/2 interest) | n/a | None Claimed |
| 22 | USAA Whole Life Policy 1626 (1/2 interest) | n/a | None Claimed |
| 23 | USAA Whole Life Policy 3173 (1/2 interest) | n/a | None Claimed |
| 24 | USAA Term Life Policy 7339 (1/2 interest) | n/a | None Claimed |
| 25 | | | |

NOTICE OF AMENDMENT OF EXEMPTIONS - 2

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509)586-7797 / Fax (509)586-3674

16-00843-FLK7    Doc 100    Filed 08/23/18    Entered 08/23/18 10:35:26    Pg 2 of 5

| | Property | Law | Exemption |
|---|---|---|---|
| 1 | Funds moved out of country CFB 8429 (1/2 interest) | n/a | None Claimed |
| 2 | Funds moved out of country CFB 1469 (1/2 interest) | n/a | None Claimed |
| 3 | Funds moved out of country CFB 6692 (1/2 interest) | n/a | None Claimed |
| 4 | Roky Caldera Gold Investors LLC 2016 .434783% (1/2 interest) | n/a | None Claimed |
| 5 | KKR Financial Holdings LLC (1/2 interest) | n/a | None Claimed |
| 6 | HL Sinclair LLC/Chase 2160 & 1320 (1/2 interest) | n/a | None Claimed |
| 7 | Mutton L & T LLC, dissolved, no value (1/2 interest) | n/a | None Claimed |

**To:**

| Property | Law | Exemption |
|---|---|---|
| 250 Meadow Ridge Loop, Richland, WA (1/2 interest) | RCW 6.13.010, 6.13.020, 6.13.030 | 125,000.00 |
| 2011 Nissan Leaf | RCW 6.15.010(1)(c)(iii) | 1,715.00 |
| Cell Phone, Misc. | RCW 6.15.010(1)(c)(i) | 200.00 |
| Clothes | RCW 6.15.010(1)(a) | |
| Community First Bank, Acct. ending 6992 (closed) (1/2 interest) | RCW 6.15.010(1)(c)(ii) | 0.00 |
| Community First Bank, Acct. ending 1469 (closed) (1/2 interest) | RCW 6.15.010(1)(c)(ii) | 0.00 |
| Community First Bank, Acct. ending 7429 (closed) (1/2 interest) | RCW 6.15.010(1)(c)(ii) | 0.00 |
| Alexander Capitol – closed (1/2 interest) | RCW 6.15.010(1)(c)(ii) | 0.00 |
| Chase 7053 W post-separation (1/2 interest) | RCW 6.15.010(1)(c)(ii) | 132.00 |
| Wells Fargo Acct. ending 5350 (1/2 interest) | RCW 6.15.010(1)(c)(ii) | 124.98 |
| Wells Fargo Acct. ending 7772 (1/2 interest) | RCW 6.15.010(1)(c)(ii) | 105.52 |
| Gesa Community Credit Union Acct. ending 1000 (1/2 interest) | RCW 6.15.010(1)(c)(ii) | 0.00 |

NOTICE OF AMENDMENT OF EXEMPTIONS - 3

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509)586-7797 / Fax (509)586-3674

16-00843-FLK7    Doc 100    Filed 08/23/18    Entered 08/23/18 10:35:26    Pg 3 of 5

| | | | |
|---|---|---|---|
| 1 | Key Bank Acct. ending 1328 wife (1/2 interest) | RCW 6.15.010(1)(c)(ii) | 181.00 |
| 2 | Key Bank Acct. ending 1020 wife (1/2 interest) | RCW 6.15.010(1)(c)(ii) | 491.00 |
| 3 | RossGoldberg Canadian Shares (1/2 interest) | RCW 6.15.010(1)(c)(ii) | |
| 4 | Arbor Healthcare for Women (100%) (1/2 interest) | RCW 6.15.010(1)(c)(ii) | 0.00 |
| 5 | Ideal Protein (100%) (1/2 interest) | RCW 6.15.010(1)(c)(ii) | 0.00 |
| 6 | Roky Operating LLC (1/2 interest) | RCW 6.15.010(1)(c)(ii) | 0.00 |
| 7 | 401(k) | RCW 6.15.020(3) | 60,000.00 |
| 8 | Vanguard Voyager 9187 (1/2 interest) | RCW 6.15.020(3) | 1,397.00 |
| 9 | Simple IRA in name of Alex 3989 (1/2 interest) | RCW 6.15.020(3) | 24,762.69 |
| 10 | Wells Fargo IRA 0684 (1/2 interest) | RCW 6.15.020(3) | 13,368.00 |
| 11 | Wells Fargo IRA 1431 (1/2 interest) | RCW 6.15.020(3) | 9,043.50 |
| 12 | Wells Fargo IRA 1706 (1/2 interest) | RCW 6.15.020(3) | 23,317.00 |
| 13 | Wells Fargo IRA 3813 (1/2 interest) | RCW 6.15.020(3) | 8,574.00 |
| 14 | Wells Fargo IRA 9538 (1/2 interest) | RCW 6.15.020(3) | 2,373.00 |
| 15 | USAA Whole Life Policy 1626 (1/2 interest) | RCW 48.18.410 | 78,086.00 |
| 16 | USAA Whole Life Policy 3173 (1/2 interest) | RCW 48.18.410 | 5,181.00 |
| 17 | USAA Term Life Policy 7339 (1/2 interest) | RCW 48.18.410 | 0.00 |
| 18 | Funds moved out of country CFB 8429 (1/2 interest) | RCW 6.15.010(1)(c)(ii) | 0.00 |
| 19 | Funds moved out of country CFB 1469 (1/2 interest) | RCW 6.15.010(1)(c)(ii) | 0.00 |
| 20 | Funds moved out of country CFB 6692 (1/2 interest) | RCW 6.15.010(1)(c)(ii) | 0.00 |
| 21 | Roky Caldera Gold Investors LLC 2016 .434783% (1/2 interest) | RCW 6.15.010(1)(c)(ii) | 0.00 |
| 22 | KKR Financial Holdings LLC (1/2 interest) | RCW 6.15.010(1)(c)(ii) | 0.00 |
| 23 | HL Sinclair LLC/Chase 2160 & 1320 (1/2 interest) | RCW 6.15.020(3) | 1,773.50 |

NOTICE OF AMENDMENT
OF EXEMPTIONS - 4

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509)586-7797 / Fax (509)586-3674

16-00843-FLK7    Doc 100    Filed 08/23/18    Entered 08/23/18 10:35:26    Pg 4 of 5

| | | |
|---|---|---|
| Mutton L & T LLC, dissolved, no value (1/2 interest) | RCW 6.15.010(1)(c)(ii) | 0.00 |

## NOTICE

IF YOU OBJECT TO THE DEBTOR'S AMENDMENT OF EXEMPTIONS, YOU MUST OBJECT IN WRITING BY FILING A WRITTEN OBJECTION AND REQUEST FOR HEARING WITH THE CLERK OF THE ABOVE-ENTITLED COURT AT P.O. BOX 2164, SPOKANE, WA 99210-2164; ON OR BEFORE THIRTY-ONE (31) DAYS (28 DAYS, PLUS 3 DAYS MAILING) FROM THE DATE OF THIS NOTICE AND SERVING A COPY OF YOUR WRITTEN OBJECTION UPON THE UNDERSIGNED AT P.O. BOX 5498, KENNEWICK, WA 99336; UPON JOHN D. MUNDING, CHAPTER 7 TRUSTEE, 1610 W. RIVERSIDE, SPOKANE, WA 99201; AND UPON THE OFFICE OF THE UNITED STATES TRUSTEE, NORTH 221 WALL STREET #538, SPOKANE WA 99201.

SHOULD YOU FAIL TO SO OBJECT AS SET FORTH ABOVE, PLEASE FURTHER BE ADVISED THAT THE RELIEF REQUESTED MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.

DATED this 23rd day of August 2018.

HAMES, ANDERSON, WHITLOW & O'LEARY P.S.
Attorneys for Debtor

BY: /s/ *William L. Hames*
WILLIAM L. HAMES, WSBA #12193

NOTICE OF AMENDMENT
OF EXEMPTIONS - 5

HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
601 W. KENNEWICK AVENUE
P.O. BOX 5498
KENNEWICK, WA 99336-0498
(509)586-7797 / Fax (509)586-3674

16-00843-FLK7   Doc 100   Filed 08/23/18   Entered 08/23/18 10:35:26   Pg 5 of 5