JOHN D. MUNDING
MUNDING, P.S.
1610 W Riverside Avenue
Spokane, WA 99201
(509) 624-6464
John@mundinglaw.com
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

**ALEXANDER ORTOLANO,**

Debtor(s).

Case No. 16-00843-FLK7

Chapter 7

**CERTIFICATE OF SERVICE**

I, Karen Munding, declare and state as follows:

1. That I am and at all times hereinafter mentioned a citizen of the United States, an employee of MUNDING, P.S., over the age of 18 years, and not a party to this action.

2. That on the 21st day of September, 2018, I electronically filed *Chapter 7 Trustee's Objection To Debtor's Amended Claims of Exemptions (ECF No. 100) And Notice Thereof* (ECF No. 102) ("Objection") with the Clerk of the Court, using the

CM/ECF system, which served the foregoing documents electronically upon those individuals who receive automatic electronic notification of filings in this matter including:

US Trustee
USTP.REGION18.SP.ECF@usdoj.gov

William L Hames on behalf of Debtor Alexander Ortolano
billh@hawlaw.com

3. That on the 21st day of September, 2018, I caused to be served true and correct copies of the "Objection" by causing the same to be deposited in the United States mail, postage prepaid, addressed to those persons listed below:

Hames Anderson Whitlow & O'Leary
Attn: William Hames
PO Box 5498
Kennewick, WA 99336

Alexander Ortolano
900 Stevens Drive #203
Richland, WA 99352

DATED this 21st day of September, 2018

MUNDING, P.S.

/s/ Karen Munding
Karen Munding

CERTIFICATE OF SERVICE – 2

MUNDING, P.S.
1610 W RIVERSIDE AVENUE
SPOKANE, WA 99201
(509) 624-6464

16-00843-FLK7    Doc 103    Filed 09/21/18    Entered 09/21/18 10:24:09    Pg 2 of 2